**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **LLEYMI VALENZUELA SANCHEZ,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-404-KC** |
| | § | |
| **KRISTI NOEM et al.,** | § | |
| | § | |
| **Respondents.** | § | |

# ORDER

On this day, the Court considered the Motion for Admission Pro Hac Vice ("Motion"), ECF No. 4, filed by Attorney Ryan C. Young. Mr. Young moves the Court to grant his admission to represent Petitioner Lleymi Valenzuela Sanchez pro hac vice.

Pursuant to this Court's January 6, 2014, Standing Order regarding Pro Hac Vice Fees, if an attorney not admitted to the bar of this Court who has previously appeared before this Court pro hac vice "wishes to practice in this Court in subsequent matters, then the full and complete admissions requirements as set forth in Local Court Rule AT-1 must be met."[1]

Mr. Young's Motion states that he has appeared pro hac vice before this Court in case number 3:26-cv-275-DCG. Mot. ¶ 5. Accordingly, to represent Petitioner in the case, Mr. Young must comply fully with the admissions requirements set forth in Local Court Rule AT-1.

It is therefore **ORDERED** that the Motion is **GRANTED** in part. Mr. Young shall apply for admission to practice before the United States District Court for the Western District of Texas **on or before March 17, 2026**, and diligently pursue such application until she is either

[1] The Court's Order re: Pro Hac Vice Fees may be found at https://www.txwd.uscourts.gov/wp-content/uploads/Standing%20Orders/District/Order%20Regarding%20Pro%20Hac%20Vice%20Fees.pdf. Local Court Rule AT-1 may be found at https://www.txwd.uscourts.gov/court-information/lcr-attorney-rules/index.html.

admitted to practice before this Court or denied admission. Failure to apply and pursue admission will result in his removal from the case. In the interim, Mr. Young may represent Petitioner pro hac vice in the case until he is either admitted to practice before this Court, denied admission, or is removed for failure to comply with this Order.

**IT IS FURTHER ORDERED** that Mr. Young, if he has not already done so, shall immediately tender the amount of $100, made payable to Clerk, U.S. District Court, in compliance with Local Court Rule AT-1(f)(2).

**SO ORDERED**.

**SIGNED this 18th day of February, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE