**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **LLEYMI VALENZUELA SANCHEZ,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-404-KC** |
| | § | |
| **KRISTI NOEM et al.,** | § | |
| | § | |
| **Respondents.** | § | |

## FINAL JUDGMENT

On this day, the Court considered the case. On February 19, 2026, the Court granted in part Lleymi Valenzuela Sanchez's Petition for Writ of Habeas Corpus and ordered Respondents to either (1) provide her with a bond hearing before an IJ, at which the Government was to bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, her continued detention; or (2) release her from custody, under reasonable conditions of supervision. Feb. 19, 2026, Order 6, ECF No. 8. Respondents have now informed the Court that an IJ granted Valenzuela Sanchez a $15,000 bond. Status Report, ECF No. 9.

It appears that the only remaining matter to be resolved in this case is Valenzuela Sanchez's request for an award of attorneys' fees under the Equal Access to Justice Act ("EAJA"). *See* Pet. 25, ECF No. 1; *see generally* Feb. 19, 2026, Order. However, successful immigration habeas petitioners are not entitled to attorneys' fees under the EAJA. *Barco v. Witte*, 65 F.4th 782, 785 (5th Cir. 2023).

Accordingly, **the Clerk shall close the case**. To the extent Valenzuela Sanchez wishes to seek additional relief from the Court, she may file a motion to reopen.

**SO ORDERED**.

**SIGNED this 27th day of February, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE