**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **LLEYMI VALENZUELA SANCHEZ,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-404-KC** |
| | § | |
| **KRISTI NOEM et al.,** | § | |
| | § | |
| **Respondents.** | § | |

**ORDER**

On this day, the Court considered Leymi Valenzuela Sanchez's Motion to Reopen and Enforce Court Order ("Motion"), ECF No. 11. On February 19, 2026, the Court granted in part Valenzuela Sanchez's Petition for Writ of Habeas Corpus and ordered Respondents to either (1) provide her with a bond hearing before an IJ, at which the Government was to bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, her continued detention; or (2) release her from custody, under reasonable conditions of supervision, by February 26. Feb. 19, 2026, Order 6, ECF No. 8. Respondents informed the Court that an IJ granted Valenzuela Sanchez a $15,000 bond. Status Report, ECF No. 9.

Valenzuela Sanchez claims that although an IJ granted her bond, Respondents have not allowed her to post it and thus she remains in custody. Mot. 2–3. She has attempted repeatedly over the last five days to post bond on Respondents' dedicated website, "but the CeBOND website does not recognize Lleymi Valenzuela as being eligible for bond." *Id.* at 3. Valenzuela Sanchez's counsel has made "numerous" attempts to contact Respondents via telephone and email in an effort to resolve the issue but has not received a response. *Id.* at 4. Thus, Valenzuela

Sanchez asks that Respondents immediately release her, or alternatively, allow her to post bond. *Id.* at 4–5.

While some processing delay is to be expected, it has now been nearly a week since the IJ ordered bond, and Valenzuela Sanchez has not even been permitted to post bond, much less been released from custody. Accordingly, the Court **ORDERS** Respondents to **FILE** notice of whether Valenzuela Sanchez has been permitted to post bond, and if not, the reasons for the delay, **by no later than March 4, 2026**.

**SO ORDERED**.

**SIGNED this 3rd day of March, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE