**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **LLEYMI VALENZUELA SANCHEZ,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-404-KC** |
| | § | |
| **KRISTI NOEM et al.,** | § | |
| | § | |
| **Respondents.** | § | |

**<u>ORDER</u>**

On this day, the Court considered Leymi Valenzuela Sanchez's Motion to Reopen and Enforce Court Order ("Motion"), ECF No. 11. On February 19, 2026, the Court granted in part Valenzuela Sanchez's Petition for Writ of Habeas Corpus and ordered Respondents to either (1) provide her with a bond hearing before an IJ, at which the Government was to bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, her continued detention; or (2) release her from custody, under reasonable conditions of supervision, by February 26. Feb. 19, 2026, Order 6, ECF No. 8. Respondents informed the Court that an IJ granted Valenzuela Sanchez a $15,000 bond. Status Report, ECF No. 9.

Thereafter, Valenzuela Sanchez filed her Motion stating that Respondents had not allowed her to post bond and that she remained in custody. Mot. 2–3. The Court ordered Respondents to file notice of whether Valenzuela Sanchez was permitted to post bond, and if not, to explain the delay. Mar. 3, 2026, Order, ECF No. 13. Respondents now state that Valenzuela Sanchez was released on March 3. Advisory, ECF No. 14.

Accordingly, the Motion, ECF No. 11, is **DENIED as moot**.

The case shall remain closed.

**SO ORDERED**.

**SIGNED this 5th day of March, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE